ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Clark County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| NORALYN MANCAO, an individual, | CASE NO. 2:18-cv-00047-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT CLARK COUNTY'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| CLARK COUNTY DISTRICT ATTORNEY FAMILY SUPPORT DIVISION, ex. rel. CLARK COUNTY, a political subdivision of he State of Nevada; EMPLOYEE(s) AGENT(s) DOES 1-10 and ROE ENTITIES; 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant CLARK COUNTY ("Clark County"), and M. Lani Esteban-Trinidad, Esq. of THE THATER LAW GROUP, P.C., counsel for Plaintiff Noralyn Mancao ("Plaintiff"), that:

The due date for Defendant Clark County's Response to Plaintiff's Complaint (ECF No. 1), be extended from February 6, 2018, to March 8, 2018.

**Reason for the Extension:**

Because of the complexity of the claims made in Plaintiff's Complaint, Clark County needs additional time to perform an investigation prior to filing a responsive pleading. This is

4829-8693-6155.1

Clark County and Plaintiff's first request to extend this deadline, which is made in good faith and not for purposes of delay.

DATED this 2nd day of February, 2018.    DATED this \*\* day of February, 2018.

THE THATER LAW GROUP, P.C.    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/* *M. Lani Esteban-Trinidad*    By: */s/ Robert W. Freeman*
M. LANI ESTEBAN-TRINIDAD, ESQ.    ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 006967    Nevada Bar No. 003062
6390 W. Cheyenne Avenue, Suite A    DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89108    Nevada Bar No. 009127
*Attorneys for Plaintiff*    6385 S. Rainbow Boulevard, Suite 600
　　Las Vegas, Nevada 89118
　　*Attorneys for Defendant*
　　*Clark County*

　　IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 02/05/2018

4829-8693-6155.1                                    2