ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*Clark County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NORALYN MANCAO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY DISTRICT ATTORNEY FAMILY SUPPORT DIVISION, ex. rel. CLARK COUNTY, a political subdivision of he State of Nevada; EMPLOYEE(s) AGENT(s) DOES 1-10 and ROE ENTITIES; 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-00047-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff NORALYN MANCAO ("Plaintiff"), by and through her counsel, THE THATER LAW GROUP, P.C., and Defendant CLARK COUNTY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that Plaintiff's Complaint against Defendant in the above-entitled action shall be dismissed,

/ / /

/ / /

/ / /

/ / /

/ / /

4822-9962-8389.1

with prejudice, each party to bear their own attorneys' fees and costs.

DATED this 8th day of May, 2018.    DATED this 8th day of May, 2018.

THE THATER LAW GROUP, P.C.    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ M. Lani Esteban-Trinidad*    By: */s/ Danielle C. Miller*
M. LANI ESTEBAN-TRINIDAD, ESQ.    ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 006967    Nevada Bar No. 003062
6390 W. Cheyenne Avenue, Suite A    DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89108    Nevada Bar No. 009127
*Attorneys for Plaintiff*    6385 S. Rainbow Boulevard, Suite 600
　　Las Vegas, Nevada 89118
　　*Attorneys for Defendant*
　　*Clark County*

IT IS SO ORDERED.

The Clerk of Court shall close the case.

Dated this 22 day of May, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT